UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 1 0 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 4:15CR548 HEA/SPM |
| DAVID S. KNAPP, | ) ) ) |
| Defendant. | ) ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a)  "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b)  "sexually explicit conduct" to mean actual or simulated

       (i)   sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

       (ii)  bestiality,

       (iii) masturbation,

       (iv)  sadistic or masochistic abuse, or

       (v)   lascivious exhibition of the genitals or pubic area of any person (18

U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. On or about May 18, 2009, the defendant was convicted of the Felony of Sexual Misconduct with a Child and Possession of Child Pornography in the Twenty-first Circuit Court of St. Louis County, Missouri in case number 08SLCR04486-01.

4. Between on or about August 12, 2015, and on or about December 1, 2015, in the Eastern District of Missouri, and elsewhere,

**DAVID S. KNAPP,**

t the defendant herein, knowingly distributed, by using any means or facility of interstate and foreign commerce, a video file which contained child pornography, including, but not limited to, the following:

    1)    "8Yo Fakes It Sooo Cute.mpg" – a graphic video file of a nude prepubescent minor female in a lascivious display of her genitals.

In violation of Title 18, United States Code, Section 2252A(a)(2)(B).

## COUNT II

The Grand Jury further charges that:

1.    The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2.    Between on or about January 1, 2015, and on or about December 1, 2015, in the Eastern District of Missouri, and elsewhere,

**DAVID S. KNAPP,**

the defendant herein, did knowingly possess material that contains an image and video of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a Samsung Micro SD card, that was produced outside of Missouri and therefore has traveled in interstate and foreign commerce, and said Micro SD card contained child pornography, including but not limited to the following:

    1)    "- 4yo girl  sucks and eats cum," - a graphic video file that depicts a prepubescent minor female performing oral sex on an adult male;

2) "(fuckcum)Hc D32_01 - RCA 10 see Cunt-4 - Russian lolita Kim 10yo (8yo 9yo) - Daddy cum in mouth and in pussy - si 13fue 100% (Pthc - 20.2.04 - 10m34s) - Pedoland.avi" – a graphic video file of a male attempting to penetrate the genitals of a prepubescent minor female;

3) "10thn_beb__1_.3gp" – a graphic video file of a male attempting to penetrate the genitals of a prepubescent minor female;

4) "12 YEAR (FryTubE.Com) .3gp" – a graphic video file of a male touching the genitals of a prepubescent minor female.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

_____<br>FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Colleen C. Lang, #56872MO
Assistant United States Attorney